

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 20  AM 9:47

LORETTA G. WHYTE
     CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4539** |
| **MARLIN GUSMAN; STATE OF LOUISIANA; ORLEANS PARISH POLICE JURY; AMERICAN CIVIL LIBERTIES UNION; AZSY INSURANCE COMPANY; AND JOHN AND/OR JOAN DOE** | **SECTION "N"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 13, 2007, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Michael Allen's Title 42 U.S.C. § 1983 claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against an immune defendant pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Allen's § 1983 claims against Orleans Parish Criminal Sheriff Marlin Gusman, the Orleans Parish Police Jury, the American Civil Liberties Union, the



AZSY Insurance Company, and John and/or Joan Doe are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Allen's state law claims against Sheriff Gusman and the unknown tier deputies be **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise its supplemental jurisdiction.

**IT IS FURTHER ORDERED** that the **Rule 12(b)(6) Motion to Dismiss (Rec. Doc. No. 9)** filed by Sheriff Gusman is **DISMISSED as moot**.

New Orleans, Louisiana, this 20th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE